**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1210**

_____

HAYWOOD ALLEN CANNON,

Plaintiff - Appellant,

versus

GLADYS MARIE CANNON,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Chief District Judge.  (CA-96-148-7)

_____

**No. 97-1847**

_____

HAYWOOD ALLEN CANNON,

Plaintiff - Appellant,

versus

GLADYS MARIE CANNON,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-97-41)

Submitted: October 23, 1997          Decided: November 13, 1997

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Haywood Allen Cannon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his petitions to remove under 28 U.S.C. § 1443 (1994), a state court action to sell real property of his deceased father. Appellant also appeals the district court's orders denying his motions for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cannon v. Cannon, No. CA-97-41; Cannon v. Cannon, No. CA-96-148-7 (E.D.N.C. Jan. 29, 1997; Feb. 10, 1997; Apr. 29, 1997; June 4, 1997). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED